IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr487-MHT |
| | ) | (WO) |
| **DEMETRIUS RONDELL GRACE** | ) | |

### ORDER

Upon consideration of the status report (Doc. 12), it is ORDERED that the court agrees with the approach taken in the report and will not take any action at this time.

DONE, this the 10th day of February, 2022.

                                                 /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**